Magistrate Judge Grady J. Leupold

FILED _____ LODGED
_____ RECEIVED
Jun 04, 2025
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

UNITED STATES OF AMERICA,

Plaintiff,

v.

CHARLES ETHAN FIELDS and
LEVI AUSTIN FRAKES,

Defendants.

CASE NO. MJ25-5218

COMPLAINT for VIOLATION

18 U.S.C. §§ 2111, 113(a)(6), 641, 7(3), and 2

BEFORE Magistrate Judge Grady J. Leupold, United States Magistrate Judge, United States Courthouse, Tacoma, Washington, the undersigned complainant being duly sworn states:

## COUNT ONE

**(Robbery)**

On or about June 1, 2025, at Joint Base Lewis-McChord, in the special maritime and territorial jurisdiction of the United States, and within the Western District of Washington, CHARLES ETHAN FIELDS and LEVI AUSTIN FRAKES, by force and

Complaint - 1
*United States v. Fields and Frakes*
USAO2025R00688

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
253- 428-3800

violence and by intimidation, did take and attempt to take from the person and presence of Victim 1, property of value belonging to the United States Army.

All in violation of Title 18, United States Code, Sections 2111, 7(3), and 2.

## COUNT TWO

### (Assault)

On or about June 1, 2025, at Joint Base Lewis-McChord, in the special maritime and territorial jurisdiction of the United States, and within the Western District of Washington, CHARLES ETHAN FIELDS and LEVI AUSTIN FRAKES did assault Victim 1, such assault resulting in serious bodily injury.

All in violation of Title 18, United States Code, Sections 113(a)(6), 7(3), and 2.

## COUNT THREE

### (Theft of Government Property)

On or about June 1, 2025, at Joint Base Lewis-McChord, in the special maritime and territorial jurisdiction of the United States, and within the Western District of Washington, CHARLES ETHAN FIELDS and LEVI AUSTIN FRAKES, willfully and knowingly did steal and purloin, and attempt to steal and purloin, four ballistic plates and other military hardware, of a value exceeding $1,000, of the goods and property of the United States.

All in violation of Title 18, United States Code, Sections 641, 7(3), and 2.

I, Christopher J. Raguse, a Special Agent with the Department of the Army Criminal Investigation Division (DACID) at Joint Base Lewis-McChord, Washington (JBLM), having been first duly sworn, hereby depose and state as follows:

### AFFIANT BACKGROUND & INTRODUCTION

1. I have been an accredited Federal Special Agent with the DACID since January 2022. I received my law enforcement certification in December 2021 upon

Complaint - 2
*United States v. Fields and Frakes*

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
253- 428-3800

completion of the US Army Criminal Investigation Division Special Agent Course, a Federal Law Enforcement Training Center (FLETC) accredited course.

2. In 2022, I attended 160-hours of additional course work focused on Domestic Violence Intervention, Child Abuse Prevention and Investigative Techniques, and Structured Child Interviews which outlined the National Institute of Child Health and Human Development (NICHD) child interview guidelines.

3. In 2023, I completed 240-hours of additional course work focused on Advanced Crime Scene Investigative Techniques, Protective Services, and Special Victims Capability Investigations. During my course of employment with the above agency, I have handled numerous criminal investigations. Those investigations have included deaths, assaults, child assaults, and crimes against persons.

4. The facts set forth in this Complaint are based on the following: my own personal knowledge; knowledge obtained from other individuals during my participation in this investigation, including other law enforcement officers; interviews of witnesses; my review of records related to this investigation; communications with others who have knowledge of the events and circumstances described herein; and information gained through my training and experience.

5. Because this Complaint is submitted for the limited purpose of establishing probable cause, it does not set forth each and every fact that I or others have learned during this investigation. I have set forth only those facts that I believe are relevant to the determination of probable cause to believe that CHARLES ETHAN FIELDS and LEVI AUSTIN FRAKES committed the crimes of Robbery, Assault, and Theft of Government Property, in violation of Title 18, United States Code, Sections 2111, 113(a)(6), 641, 7(3), and 2.

6. This Complaint is being presented electronically pursuant to Federal Rules of Criminal Procedure 4.1 and 41(d)(3).

Complaint - 3
United States v. Fields and Frakes

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
253- 428-3800

## STATEMENT OF PROBABLE CAUSE

5. At about 8:05 PM on June 1, 2025, CHARLES ETHAN FIELDS and LEVI AUSTIN FRAKES entered JBLM through the Liberty Gate. Scans of their identification documents were approximately two seconds apart, indicative of them being in the same vehicle while entering JBLM. Surveillance footage shows a Toyota 4Runner entering JBLM through the gate when FIELDS and FRAKES' identification documents were scanned. A records check identified a 1997 Toyota 4Runner bearing Washington license plate CFN6396 is registered to FRAKES. Records also show FIELDS has a 4Runner registered in his name.

5. About an hour later, at 9:00 PM, Victim 1, a member of the United States Army, entered the Charlie Company – 75th Ranger Central Operations Facility ("the Ranger compound"), located on JBLM in the exclusive jurisdiction of the United States. As Victim 1 would later explain, upon entering the facility, Victim 1 encountered two unknown persons inside. The two were partially masked and were wearing Ranger physical fitness attire. Victim 1 questioned the two persons about their presence in the compound and observed U.S. Army property clustered around them. Victim 1 directed the two persons to pull their masks down, which they did. During continued questioning from Victim 1 about the two persons' presence in the compound, a fight ensued, at which point one of the unknown persons brandished a hammer and used it to assault Victim 1, striking Victim 1 in the head and torso, causing bodily harm and a large amount of blood loss. Victim 1 was able to fight the attackers and gain control of the hammer. Subsequently, one of the unknown persons then brandished a knife. At that point, Victim 1 surrendered. The unknown persons fled the building, with U.S. Government property, and then fled the Ranger compound. Surveillance video captured the unknown persons fleeing the area on foot while carrying rucksacks. While fleeing, the unknown persons dropped one rucksack outside the building, and then a second rucksack near the main

Complaint - 4
*United States v. Fields and Frakes*

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
253- 428-3800

gate of the compound. During the assault, one of the unknown persons dropped a hat, which had the name "FIELDS" handwritten on the inside. Surveillance photographs of the two unknown persons going to and from the Ranger compound where the assault and theft occurred appear below, as does a photograph of the hat.



Complaint - 5
*United States v. Fields and Frakes*

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
253- 428-3800




6. Military Police responded just after 10 PM. Victim 1 was subsequently transported to Madigan Army Medical Center for evaluation of injuries. The photographs below were taken while Victim 1 was at the hospital.




7. Department of the Army Criminal Investigation Division (DACID) special agents responded to the Ranger compound at about 9:00 AM the next morning, June 2, 2025. Investigators conducted a crime scene examination and collected a cut piece of a lock and a bolt cutter as evidence. I believe the two unknown persons had likely used the

Complaint - 6
*United States v. Fields and Frakes*

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
253-428-3800

bolt cutter to gain access into the facility. DACID also collected disposable face masks and latex gloves from the scene. Investigators identified blood on the rucksack bag that the two persons had dropped outside the compound; some contents of the rucksack had spilled onto the ground and DACID determined that the two unknown persons had attempted to steal approximately $14,000.00 of U.S. Government property, most of which was recovered at the scene. That property consisted of ballistic helmets, rifle plates, and communications equipment. The ballistic plates alone are valued at approximately $6,200.

8. At about 12:00 PM, DACID conducted a records check of FIELDS (the name handwritten on the inside of the hat found at the crime scene) and identified him as having entered JBLM at 8:05 PM the night before (with FRAKES). Investigators also learned FIELDS had a listed residence with the Washington Department of Licensing in Lacey, Washington. FRAKES also has a Washington driver's license with a registered address at the same residence in Lacey. A record check of personnel records maintained by the Department of Defense showed FIELDS and FRAKES residing at the same address in Lacey. DoD records also showed FIELDS and FRAKES previously served in the military.

9. DACID agents then conducted surveillance at the Lacey address and observed a black Toyota 4Runner arrive at the residence and park in the driveway at approximately 12:45PM. The vehicle was identified as being registered to FIELDS.

10. Other agents interviewed Victim 1 that afternoon. During the interview, Victim 1 stated that had asked around his unit about the name FIELDS, based on the hat that was left at the scene. Victim 1 learned that FIELDS had been assigned to the Ranger Battalion around 2021 and was shown a photo of FIELDS by other persons in his unit. From that photo, Victim 1 identified FIELDS as one of the unknown persons who had assaulted him the night before.

Complaint - 7
United States v. Fields and Frakes

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
253-428-3800

11. Later that day, DACID agents requested and obtained a search warrant from Thurston County Superior Court allowing the search of FIELDS' and FRAKES' persons, their residence, and vehicles. State and federal law enforcement officers executed the warrant late in the evening on June 2, 2025, and seized numerous items of evidence, including, but not limited to, approximately 35 weapons, including rifles, pistols, short-barreled rifles, and an MG32 machine gun; weapons suppressors (i.e., silencers), some of which appear to have been 3D-printed; military property, including night vision devices, ballistic plates and plate carriers, and helmets; military munitions; and military explosives such as blasting caps, flashbangs, and smoke grenades. During the search of the residence, law enforcement observed numerous Nazi/white supremacy memorabilia, murals, and literature in every bedroom and near several stockpiles of weapons and military equipment. Agents also seized personal electronic devices, clothing believed to have been worn during the assault on Victim 1, and approximately $24,000 in cash. Agents were able to identify some of the seized items as military property due to the serial numbers and other markings on the items. I know, based on my training and experience, that some of the military items agents recovered are unlawful to possess without unique permission from the DoD and some of the items are so restricted that active duty military members are not permitted to have or store them in their personal residences. Photos of some of the seized evidence (including a pair of boots with bloodstains on them) appear on the following page.

Complaint - 8
*United States v. Fields and Frakes*

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
253- 428-3800








Complaint - 9
*United States v. Fields and Frakes*

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
253- 428-3800







12. Agents provided FIELDS and FRAKES with their *Miranda* warnings, and one of the men agreed to speak with agents. In a recorded statement, the man acknowledged both of them (FIELDS and FRAKES) had been stealing military property from the Ranger compound for about two years, to later sell or trade. The man admitted

Complaint - 10  
*United States v. Fields and Frakes*

UNITED STATES ATTORNEY  
1201 PACIFIC AVENUE, SUITE 700  
TACOMA, WASHINGTON 98402  
253- 428-3800

both of them were on JBLM at the Ranger compound on June 1 to steal additional items, and a fight ensued with Victim 1.

13. FIELDS and FRAKES were arrested and booked into Thurston County Jail. At a hearing in Thurston County Superior Court on June 3, 2025, a judge set bail for each at $500,000 and ordered that, if released, FIELDS and FRAKES were to be under house arrest with an ankle monitor and to have no contact with each other.

14. Based on my training and experience as a DACID Special Agent and the information contained in this Affidavit, I submit there is probable cause to believe that CHARLES ETHAN FIELDS and LEVI AUSTIN FRAKES engaged in and attempted to engage in the offenses of Robbery, Assault, and Theft of Government Property, all within the special and maritime jurisdiction of the United States (i.e., JBLM) in violation of Title 18, United States Code, Sections 2111, 113(a)(6), 641, 7(3), and 2.

RAGUSE.CHRISTOPHER.1067543633
Digitally signed by RAGUSE.CHRISTOPHER.1067543633
Date: 2025.06.04 09:40:59 -07'00'

_____
CHRISTOPHER J. RAGUSE
Special Agent, Department of the Army,
Criminal Investigation Division

Based on the Complaint sworn to before me, and subscribed in my presence, the Court hereby finds that there is probable cause to believe the Defendants committed the offenses set forth in the Complaint.

Dated this 4th day of June 2025.

_____
GRADY J. LEUPOLD
United States Magistrate Judge

Complaint - 11
*United States v. Fields and Frakes*

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
253-428-3800