CERTIFIED TRUE COPY
ATTEST: RAVI SUBRAMANIAN
Clerk, U.S. District Court
Western District of Washington

By *Keely D. Miller*
Deputy Clerk

Magistrate Judge David W. Christel

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHARLES ETHAN FIELDS and<br><br>LEVI AUSTIN FRAKES,<br><br>Defendants. | NO. MJ25-5218<br><br>WRIT OF HABEAS CORPUS<br>AD PROSEQUENDUM |

TO: The Warden, Sheriff or Jailor of CHARLES ETHAN FIELDS and LEVI AUSTIN FRAKES, and to any United States Marshal:

GREETING

WE COMMAND that you produce and deliver the body of the Defendants, CHARLES ETHAN FIELDS, State Identification Number WA31044032, and LEVI AUSTIN FRAKES, State Identification Number WA31129105, now in your custody to Room F of the United States Courthouse, 1717 Pacific Avenue, Tacoma, Washington, at 1:30 p.m. on December 5, 2025, for initial appearance before a United States Magistrate Judge and/or appointment of attorney, and for all proceedings subsequent to the above-listed appearance.

Writ of Habeas Corpus - 1
*United States v. Fields and Frakes*, MJ25-5218

UNITED STATES ATTORNEY
1201 PACIFIC AVE., SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

The delivery of the body of said defendants by you or the United States Marshal shall be deemed sufficient compliance with the writ, the defendants to be returned to you at the conclusion of the above referenced proceedings.

DATED this __21st__ day of November, 2025.

Clerk, United States District Court
Western District of Washington

By: *Keely A. Miller*
　　　Deputy Clerk

Writ of Habeas Corpus - 2
*United States v. Fields and Frakes*, MJ25-5218

UNITED STATES ATTORNEY
1201 PACIFIC AVE., SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800